J. W. Pritchett, Geo. G. Thomas, and John A. Pritchett, Trustees for Peabody Court Syndicate, Petitioners, *v.* Commissioner of Internal Revenue, Respondent.

Docket No. 29753. Promulgated October 25, 1929.

*Edwin A. Price, Esq.*, and *Thomas W. Schlater, Jr., Esq.*, for the petitioners.

*A. H. Fast, Esq.*, for the respondent.

OPINION.

TRAMMELL: The issue in this case is whether the Peabody Court Syndicate, created by the agreement set out in our findings of fact above, is an "association" taxable as a corporation, within the meaning of the Revenue Act of 1924, as determined by the respondent, or whether it is a trust and taxable only as such, as contended by the petitioners.

This same question was before us in the companion case of *J. W. Pritchett et al., Trustees for Hillsboro Court Syndicate*, 17 B. T. A. 1056, decided this date, wherein we held that the syndicate, acting through its trustees the petitioners herein, was actively engaged in carrying on a business enterprise for profit, and that it was therefore an "association" taxable as a corporation under the provisions of the statute. On authority of that decision, the determination of the respondent in this proceeding is approved.

*Judgment will be entered for the respondent.*